Eugene T. HOLMES, Plaintiff—
Appellant,

v.

J.P. BRIENZG, Defendant—Appellee,

and

Colonel Ford; J.B. Helton; M.K. Shelor; Monica Stewart; A.S. Mauney; Sergeant Schalengauf; Captain Bess; Captain Buie; Loyde Black; Buddy Smith; Dave Stewart; Chuck Womack; Gaston County Sheriff's Department, Defendants.

No. 03–1921.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 19, 2003.

Decided Dec. 3, 2003.

Eugene T. Holmes, Appellant pro se. Martha Raymond Thompson, Stott, Hollowell, Palmer & Windham, Gastonia, North Carolina, for Appellee.

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Eugene T. Holmes appeals from the district court's order accepting the recommendation of the magistrate judge and dismissing several of Holmes's claims brought under 42 U.S.C. § 1983 (2000). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order appealed from is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*